UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ18-39 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| STEVEN WAYNE BROWN, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Possession of an Unregistered Firearm

    Count 2:    Felon in Possession of Ammunition

    Count 3:    Simple Possession of Methamphetamine

<u>Date of Detention Hearing</u>:  February 1, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has serious on-going substance abuse problems.

2. Defendant has a past history of using firearms, although no convictions.

3. Defendant's criminal record includes escape and resisting arrest.

4. Defendant attempted to hide when he was apprehended for the current charges.

5. Defendant will be released on bond to attend a funeral, but will then report back to the Federal Detention Center.

6. There are no conditions or combination of conditions other than detention that will reasonably ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of February, 2018.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2