1

2

THE HONORABLE RICARDO S. MARTINEZ

3

4

5

6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-00032-RMS |
| Plaintiff, | [Proposed] |
| v. | ORDER ALLOWING WITHDRAWAL |
| STEVEN WAYNE BROWN, | AND SUBSTITUTION OF COUNSEL |
| Defendant. | |

9

10

11

12

13

THE COURT having reviewed the court file and the pleadings in this matter and

14

being fully apprised of the circumstances

15

IT IS HEREBY ORDERED THAT Kyana Givens is permitted to withdraw as

16

counsel for the defendant Steven Wayne Brown, and JOHN HENRY BROWNE, P.S. of

17

the LAW OFFICES OF JOHN HENRY BROWNE, P.S. is substituted as counsel of

18

record for defendant Steven Wayne Brown.

19

DATED this 26 day of February, 2018.

20

21

22

HONORABLE RICARDO S. MARTINEZ

23

24

25

26

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL -   1

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

1

2

Presented by:

3

4

*s/ John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677

5

Substituting Attorney for Steven Wayne Brown

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL -   2