CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-032RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| STEVEN WAYNE BROWN, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Unopposed Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Brown's supervised release is warranted by the conduct of Mr. Brown and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Brown shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

///

///

///

///

///

ORDER GRANTING UNOPPOSED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*U.S. v. Steven Brown*; CR18-032RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 26th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Steven Brown
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*U.S. v. Steven Brown*; CR18-032RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**